UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ALLIANCE INDUSTRIAL GROUP, INC.,
an Oregon corporation,

                Plaintiff,

v.

SCHUFF STEEL COMPANY, a Delaware
corporation,

                Defendant.

3:14-cv-00014-AC

ORDER OF DISMISSAL

ACOSTA, Magistrate Judge:

Based on Defendant's filing of a Stipulated Motion for Dismissal of All Claims (#25), IT IS HEREBY ORDERED, that: (1) This matter is DISMISSED with PREJUDICE and without costs or attorney fees to any party; (2) Motions, if any, are DENIED as moot; and (3) All scheduling dates in this matter are vacated and stricken from the calendar.

DATED this ___ day of July, 2014.

                                            JOHN V. ACOSTA
                                            United States Magistrate Judge